# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 11 C 7449 | DATE | 11/23/2011 |
| CASE TITLE | Kruel vs. Astrue | | |

**DOCKET ENTRY TEXT**

The Court orders Kruel to submit the following: (1) an amended application to proceed in forma pauperis with an accurate and complete response to each question; (2) a sworn statement listing the nature and amount of her expenses; and (3) a sworn statement identifying the sources from which she derives funds to pay such expenses. Kruel must either comply with this Court's order and provide the above-stated information, or pay the $350 filing fee, within thirty (30) days of the date of this Order. Upon receipt, the Court will assess Kruel's ability to pay the costs of commencing this action. Kruels's failure to provide further information, or pay the filing fee, will result in dismissal of this case. Status hearing set for 1/4/2012 is stricken.

■[ For further details see text below.]   Docketing to mail notices.

# ORDER

This case comes before the Court on the motion of Plaintiff Cecil Kruel ("Kruel") to proceed *in forma pauperis*, without prepayment of fees.

A litigant may proceed *in forma pauperis* if the litigant is unable to pay the costs of commencing the action. 28 U.S.C. § 1915(a). The Court is unable to determine Kruel's ability to pay the costs of commencing this action because her application suffers from several deficiencies. First, Kruel omits certain information, including the address of her last employer. Second, Kruel lists her son as a person who is dependent on her for support but fails to identify the monthly amount she contributes towards his support. Even more, Kruel's answers are internally inconsistent, as she identifies her son as both a person who lives with her and a person who does not live with her. Finally, Kruel fails to submit any information concerning her expenses or identify the sources of funds which she uses to pay her monthly expenses.

**ORDER**

For these reasons, the Court orders Kruel to submit the following: (1) an amended application with an accurate and complete response to each question; (2) a sworn statement listing the nature and amount of her expenses; and (3) a sworn statement identifying the sources from which she derives funds to pay such expenses. Kruel must either comply with this Court's order and provide the above-stated information, or pay the $350 filing fee, within thirty (30) days of the date of this Order. Upon receipt, the Court will assess Kruel's ability to pay the costs of commencing this action. Kruels's failure to provide further information, or pay the filing fee, will result in dismissal of this case.

Date: November 23, 2011

*Charles P. Kocoras*

**CHARLES P. KOCORAS**
**U.S. District Judge**